plaintiff. Error to the County Court of Johnson county; the Hon. John O. Cowan, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed April 28, 1922.

Spann & Spann, for plaintiff in error. O. R. Morgan, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

National Fire Insurance Company, appellant, v. Jasper Passanante, appellee.

Action upon a policy of tornado insurance. Judgment for plaintiff. Appeal from the City Court of DuQuoin; the Hon. Benjamin W. Pope, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed April 28, 1922.

George W. Dowell, for appellant; Leahy & Saunders, of counsel. M. C. Cook and L. P. Harriss, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

William Tomzik, plaintiff in error, v. Helen Dulich et al., defendants in error.

Bill to foreclose a real estate mortgage and intervener by mechanic's lien holders and cross-bill by the administrator of the estate of the deceased owner to have fire insurance on the building paid to him. Decree ordering application of the insurance money first to satisfy the lien holders and second to apply on the mortgage. Error to the Circuit Court of Franklin county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed April 28, 1922.

Frank E. Trobaugh and W. P. Sieber, for plaintiff in error. Moses Pulverman, H. F. Knox and Arvil Lamkin, for defendants in error.

Mr. Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Harley Rogers, plaintiff in error.

Prosecution for keeping a gambling house. Defendant convicted. Error to the County Court of Franklin county; the Hon. Thomas J. Myers, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed April 28, 1922.

R. E. Smith, for plaintiff in error. Roy C. Martin and Nealy I. Glenn, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

Omer Cash, defendant in error, v. John Barton Payne, director general of railroads, plaintiff in error.

Action for personal injuries and damage to plaintiff's automobile struck by defendant's caboose on a highway crossing., Judgment for plaintiff. Error to the Circuit Court of Williamson county; the Hon. A. D. Morgan, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed July 11, 1922.

Ed. M. Spiller, for plaintiff in error; H. T. Dick, of counsel. Fowler & Duty, for defendant in error.

Mr. Presiding Justice Higbee delivered the opinion of the court.